**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

EDWARD RESHAWN JENKINS,

      Plaintiff,

      v.

SHAWN STAPLETON and MERCY, Sgt.,

      Defendants.

CIVIL ACTION NO.: 6:26-cv-16

**O R D E R**

After a careful and de novo review of the entire record, the Court concurs with the Magistrate Judge's May 20, 2026, Report and Recommendation, (doc. 8), to which Plaintiff has not objected. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** this case without prejudice, **DISMISSES** all pending motions as **MOOT,** and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

      **SO ORDERED**, this 29th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA