AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

EDWARD RESHAWN JENKINS,

        Plaintiff,

        **v.**

SHAWN STAPLETON and MERCY, Sgt.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:    6:26-cv-16

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's June 29, 2026 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court, and this case is dismissed without prejudice.  Additionally, Plaintiff is denied leave to appeal in forma pauperis.  This case stands closed.

6/29/2026
_____
Date



John E. Triplett, Clerk of Court
_____
Clerk

_____
*(By) Deputy Clerk*

GAS Rev 10/2020